# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEW YORK-NEW YORK HOTEL & CASINO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RONNIE KATZIN, *et al.*,<br><br>    Defendants. | Case No. 2:09-cv-2139-LDG (RJJ)<br><br>**SUMMARY JUDGMENT** |

    The Court has considered and granted Plaintiff's Motion for Summary Judgment (#33).  Accordingly,

    THE COURT **ORDERS** that judgment is entered in favor of Plaintiff New York-New York Hotel & Casino, LLC, and against Defendant Ronnie Katzin as follows:

    THE COURT **ORDERS** that Defendant Ronnie Katzin, and his agents, representatives, and all others in active concert or participation with him, are permanently enjoined from using Plaintiff's Marks, or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce

or in connection with any business or for any purpose whatsoever (including, but not limited to, on websites, in domain names, in hidden text and metatags);

THE COURT FURTHER **ORDERS** that Defendant Ronnie Katzin is permanently enjoined from registering or trafficking in any domain names containing Plaintiff's Marks or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

THE COURT FURTHER **ORDERS** that Defendant Ronnie Katzin is permanently enjoined from using the Infringing Domain Name, <newyorknewyork.com>, or any other variation of Plaintiff's Marks used in any letter string in any domain name;

THE COURT FURTHER **ORDERS** that Defendant Ronnie Katzin pay Plaintiff nominal damages for corrective advertising of $1,000.00;

THE COURT FURTHER **ORDERS** that Defendant Ronnie Katzin pay Plaintiff statutory damages of $1,000.00 pursuant to the Anti-cybersquatting Consumer Protection Act; and

THE COURT FURTHER **ORDERS** that jurisdiction of this case shall be retained by this Court for the purpose of enforcement of this Judgment.

DATED this 27 day of October, 2010.

Lloyd D. George
United States District Judge

2